IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE D. KNIGHT, | No. CIV S-07-0751-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.L. RUNNELS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request (Doc. 20) for additional USM-285 forms.  Good cause appearing therefor, the request is granted.  The Clerk of the Court shall forward plaintiff two additional USM-285 forms.  The time for plaintiff to respond to the court's April 7, 2008, order is extended to 30 days from the date of this order.

IT IS SO ORDERED.

DATED: April 23, 2008

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1