IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE D. KNIGHT, | No. CIV S-07-0751-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| LEA, et al., | |
| Defendants. | |
| / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' request pursuant to Federal Rule of Civil Procedure 31(a)(2)(B) for leave to take the written deposition of inmate witness Dereck Jackson (Doc. 32). Good cause appearing therefor, the request is granted.

IT IS SO ORDERED.

DATED: December 3, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1