IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE D. KNIGHT, | No. CIV S-07-0751-FCD-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| LEA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion entitled "Motion to Extend Time for 90 Days for Discovery" in which plaintiff appears to seek a 90-day extension of the discovery cut-off date and, presumably, of the dispositive motion filing deadline. Defendants shall file a response to plaintiff's motion within 10 days of the date of this order.

IT IS SO ORDERED.

DATED: December 10, 2008

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1